IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HOWARD LEE LEACH**                                                                                   **PLAINTIFF**
**ADC #111353**
v.                                      Case No: 4:25-CV-924-JM

**DEXTER PAYNE,** *et al*.                                                                           **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 9th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE